## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES G. GUIDERA, JR. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 01-1238 (EGS) |
| | ) | |
| v. | ) | |
| | ) | **FILED** |
| THE RCI GROUP, INC. | ) | AUG 7 2001 |
| | ) | |
| Defendant. | ) | NANCY MAYER WHITTINGTON, CLERK |
| | ) | U.S. DISTRICT COURT |

### PROPOSED ORDER

After consideration of the parties' Joint Stipulation of Dismissal With Prejudice it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees; and it is further

ORDERED that the clerk of this Court will enter the dismissal on the docket as of the date hereof.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge

August __6__, 2001.